UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23429-CIV-UNGARO

JERRY LYNN DAVIS,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.
_____/

## ORDER ON PETITIONER'S MOTION TO WITHDRAW AND MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Petitioner's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, filed November 10, 2009 (D.E. 1); Petitioner's Final Motion to Withdraw Pleadings, filed January 4, 2010 ("Motion to Withdraw") (D.E. 17); and the Magistrate Judge's Report and Recommendations, entered January 25, 2010 (D.E. 19).  The Court has considered Petitioner's petition and motion and the pertinent portions of the record and is otherwise fully advised in the premises.

Petitioner filed a *pro se* Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 on November 10, 2009.  (D.E. 1.)  The matter was referred to Magistrate Judge Patrick A. White. (D.E. 2.)  On January 4, 2010, Petitioner filed a Motion to Withdraw, in which he notes that his release date has been recalculated and he is set to be released on January 22, 2010, rendering moot the issues raised in his petition for habeas corpus.  (D.E. 17).  On January 25, 2010, Magistrate Judge White issued a Report recommending that Petitioner's Motion to Withdraw be granted and that his habeas petition be dismissed without prejudice, except as to any application of the federal statute of limitations and other procedural defenses which may apply.  (D.E. 19, at

3.) In the alternative, the Report recommends that the petition be dismissed for Petitioner's failure to exhaust his administrative remedies. (D.E. 19, at 3.) The Court has conducted a *de novo* review of the record; accordingly, it is hereby

ORDERED AND ADJUDGED that the Petitioner's Motion to Withdraw (D.E. 17) is GRANTED. It is further

ORDERED that the Magistrate Judge's Report (D.E. 19) is RATIFIED, ADOPTED, and AFFIRMED. Petitioner's *pro se* Petition for Writ of Habeas Corpus (D.E. 1) is DISMISSED.

DONE AND ORDERED in Chambers, Miami, Florida, this 17th day of February, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Jerry Lynn Davis, *pro se*